FILED
CHARLOTTE, NC

MAY 1 2 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Statesville Division

|  |  |
|---|---|
| Kimberly Walker | Case No. 5:25-cv-73-KDB |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Smart Tile, Inc; Jack Hunter, Bond Jones, Debra Weiner | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kimberly Feyth Walker |
| Street Address | 2112 West Broadway Street NE Ste 225 Box 158 |
| City and County | Minneapolis, Hennepin County |
| State and Zip Code | Minnesota, 55413 |
| Telephone Number | 320-406-5807 |
| E-mail Address | Kfeythwalker@gmail.com |

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jack Hunter |
| Job or Title *(if known)* | CTO |
| Street Address | 114 Speaks Rd |
| City and County | West Jefferson, Ashe County |
| State and Zip Code | North Carolina,28694 |
| Telephone Number | 828-719-1294 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Bond Jones Alias Burnham Bond Jones |
| Job or Title *(if known)* | CEO |
| Street Address | 325 Henry Leroy Rd |
| City and County | Boone, Watauga County |
| State and Zip Code | North Carolina, 28607 |
| Telephone Number | 512-623-9652 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Debra K. Weiner  with Murphy & Weiner P.C |
| Job or Title *(if known)* | |
| Street Address | 430 Cambridge Ave Suite 100 |
| City and County | Palo Alto, Lincoln County |
| State and Zip Code | CA, 94306 |
| Telephone Number | (650) 218-9818 |
| E-mail Address *(if known)* | debbie@murphyweiner.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I am bringing this case in federal court because it involves a question of federal law, including patent infringement under the Patent Act (35 U.S.C. § 271) and related intellectual property claims. This court has jurisdiction under:
- 28 U.S.C. § 1331 (federal question)
- 28 U.S.C. § 1338(a) (exclusive jurisdiction over patent claims)

Supplemental state claims for misappropriation of trade secrets, breach of confidence, and unjust enrichment are proper under 28 U.S.C. § 1367..

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Kimberly Feyth Walker _____, is a citizen of the State of *(name)* Minnesota _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Smart Tile, Incorporated _____, is incorporated under the laws of the State of *(name)* North Carolina _____,
    and has its principal place of business in the State of *(name)*
    North Carolina _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

       The defendant, *(name)*   Jack Hunter  , is a citizen of the State of *(name)*   North Carolina  . Or is a citizen of *(foreign nation)*  .

    b.     If the defendant is a corporation

       The defendant, *(name)*   Bond Jones  , is incorporated under the laws of the State of *(name)*   North Carolina  , and has its principal place of business in the State of *(name)*   North Carolina  .
Or is incorporated under the laws of *(foreign nation)*  , and has its principal place of business in *(name)*   North Carolina  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000 because I lost protection over key features of my intellectual property, which I originally developed. As a result of the infringement, I have been unable to maintain a competitive edge, as other platforms have adopted critical aspects of my app. I can no longer exclude competitors from replicating these features, which has significantly diminished the value of my invention. I was also unable to continue development of the application after being advised by my attorney that I could face potential legal action. Additionally, it is now difficult to copyright and protect the underlying code and software, as the Defendant has disclosed and utilized my intellectual property internationally. This situation has caused substantial financial loss and emotional distress, particularly as I am currently working for a competitor that is actively using my invention without credit or compensation.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Claim 1 – Patent Infringement

I own U.S. Patent No. 18/196,064 , titled "Ride Share requiring approvals," which I developed starting in 2020 and was issued by the USPTO. In May 2021, I shared my invention and business ideas with the Defendant under the understanding that our conversations were confidential and protected. I confirmed this understanding during recorded calls. The Defendant later used my invention without my permission to create or support a similar product or service currently in use on ride-sharing platforms. I was not included, credited, or paid for this use. As a result, I have suffered financial loss, damage to my business opportunities, and loss of control over my intellectual property.

Claim 2 – Misappropriation of Trade Secrets; I shared confidential technical and business details with the Defendant on or around 2021 during our development discussions. These details included features, flow, and structure of my rideshare invention. The Defendant later used this information without permission or compensation.

Claim 3 – Breach of Confidential Relationship: The Defendant agreed to confidentiality when we began working together. I relied on that trust. The Defendant broke that trust by using my invention for their own purposes without notice, approval, or payment.

Claim 4 – Unjust Enrichment: The Defendant has financially benefited from using my invention without including or compensating me. It would be unfair for the Defendant to keep those benefits while I receive nothing. See Exhibit A

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I respectfully ask the court to:

- Award me damages exceeding $75,000 for lost income, business harm, and unauthorized use of my invention
- Grant injunctive relief to prevent further use of my patented invention and remove his name as the inventor and place my name on the invention as it was my idea and work
- Award attorney's fees and costs

- Grant any additional relief the court finds just and proper

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/05/2025

Signature of Plaintiff

Printed Name of Plaintiff     Kimberly Feyth Walker

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Additional Defendant:
Debra K. Weiner with Murphy and Weiner P.C.
430 Cambridge Ave Ste 110
Palo Alto, Lincoln, CA 28607